GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtors

E-Filed On 7-26-10

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RIVIERA HOLDINGS CORPORATION<br><br>☐ Affects this Debtor.<br>—————————————————<br>☐ Affects all Debtors.<br>☐ Affects RIVIERA OPERATING CORPORATION<br>☒ Affects RIVIERA BLACK HAWK, INC. | **Case No.: 10-22910 -LBR**<br>**Chapter 11 Jointly Administered with:**<br><br>10-22913-LBR    Riviera Operating Corp.<br>10-22915-LBR    Riviera Black Hawk, Inc.<br><br>Date:   N/A<br>Time:   N/A |

### AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

☐ Voluntary Petition (specify reason for amendment)_____
☒ Summary of Schedules
☒ Schedule A – Real Property
☒ Schedule B – Personal Property
☒ Schedule C – Property Claimed as Exempt
☒ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    ☒ Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required.**
    ☐ Add/change address of already listed creditor – **no fee**
☒ Schedule G – Schedule of Executory Contracts & Expired Leases
☒ Schedule H – Codebtors
☒ Schedule I – Current Income of Individual Debtor(s)
☒ Schedule J – Current Expenditures of Individual Debtor(s)
☒ Declaration Regarding Schedules
☒ Statement of Financial Affairs and/or Declaration
☒ Disclosure of Compensation of Attorney for Debtor
☒ Other:   List of Equity Security Holders; Corporate Ownership Statement; Amended Top 20

DATED this 26 day of July, 2010.

GORDON SILVER

By: _____
    GERALD M. GORDON, ESQ.
    THOMAS H. FELL, ESQ.
    [Proposed] Attorneys for Debtors

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103000-001/982594.doc

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Riviera Black Hawk, Inc.**      Case No. _____

                                               Debtor(s)       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| G.A.Wright<br>Attn: Managing Member<br>10325 E 47th<br>Denver, CO 80238 | G.A.Wright<br>Attn: Managing Member<br>10325 E 47th<br>Denver, CO 80238 | Services | | 31,683.79 |
| Global Payments<br>Attn: Managing Member<br>PO Box 66700<br>Chicago, IL 60666-0700 | Global Payments<br>Attn: Managing Member<br>PO Box 66700<br>Chicago, IL 60666-0700 | Services | | 18,723.95 |
| Jani-King<br>Attn: Managing Member<br>9000 E Chenango Ave #102<br>Green Wood Village, CO 80111 | Jani-King<br>Attn: Managing Member<br>9000 E Chenango Ave<br>Green Wood Village, CO 80111 | Janitorial services | | 5,225.80 |
| Food Team<br>Attn: Managing Member<br>PO Box 677373<br>Dallas, TX 75267-7373 | Food Team<br>Attn: Managing Member<br>PO Box 677373<br>Dallas, TX 75267-7373 | F&B Contract Labor | | 2,202.53 |
| American Linen<br>Attn: Managing Member<br>5090 Cook St.<br>Denver, CO 80216 | American Linen<br>Attn: Managing Member<br>5090 Cook St.<br>Denver, CO 80216 | Laundry services | | 1,936.33 |
| Ceavco<br>Attn: Managing Member<br>6240 W. 54th Ave<br>Arvada, CO 80002-4025 | Ceavco<br>Attn: Managing Member<br>6240 W. 54th Ave<br>Arvada, CO 80002-4025 | Services | | 1,810.15 |
| Loomis<br>Attn: Managing Member<br>Dept LA 217999<br>Pasadena, CA 91185-1799 | Loomis<br>Attn: Managing Member<br>Dept LA 217999<br>Pasadena, CA 91185-1799 | Armored car services | | 1,506.00 |
| CLP<br>Attn: Managing Member<br>PO Box 31001-1277<br>Pasadena, CA 91110-1277 | CLP<br>Attn: Managing Member<br>PO Box 31001-1277<br>Pasadena, CA 91110-1277 | Services | | 869.50 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Riviera Black Hawk, Inc.**                                                    Case No. _____
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Iron Mountain<br>Attn: Managing Member<br>PO Box 915026<br>dallas, TX 75391-5026 | Iron Mountain<br>Attn: Managing Member<br>PO Box 915026<br>dallas, TX 75391-5026 | Services | | 800.66 |
| Barbara Christy<br>411 N 6th<br>#888<br>Emery, SD 57332 | Barbara Christy<br>411 N 6th<br>#888<br>Emery, SD 57332 | Musician | | 800.00 |
| Staples<br>Attn: Managing Member<br>PO Box 95708<br>Chicago, IL 60694-5708 | Staples<br>Attn: Managing Member<br>PO Box 95708<br>Chicago, IL 60694-5708 | Supplies | | 725.37 |
| American Jetting Services<br>Attn: Managing Member<br>PO Box 1222<br>Arvada, CO 80001 | American Jetting Services<br>Attn: Managing Member<br>PO Box 1222<br>Arvada, CO 80001 | Services | | 590.00 |
| Ecolab<br>Attn: Managing Member<br>PO Box 6007<br>Grand Forks, ND 58206-6007 | Ecolab<br>Attn: Managing Member<br>PO Box 6007<br>Grand Forks, ND 58206-6007 | Pest control | | 490.50 |
| Isle of Capri<br>Attn: Managing Member<br>PO Box 777<br>Black Hawk, CO 80422 | Isle of Capri<br>Attn: Managing Member<br>PO Box 777<br>Black Hawk, CO 80422 | Hotel- La Cretia | | 360.70 |
| Eco Technologies<br>Attn: Managing Member<br>8886 South Yarrow St.<br>Littleton, CO 80128 | Eco Technologies<br>Attn: Managing Member<br>8886 South Yarrow St.<br>Littleton, CO 80128 | Cooking oil filtering | | 360.00 |
| Micros Systems<br>Attn: Managing Member<br>PO Box 23747<br>Baltimore, MD 21203-5747 | Micros Systems<br>Attn: Managing Member<br>PO Box 23747<br>Baltimore, MD 21203-5747 | F&B POS | | 225.00 |
| Shoes For Crews<br>Attn: Managing Member<br>1400 Centrepark Blvd<br>Suite 310<br>West Palm Beach, FL<br>33401-7403 | Shoes For Crews<br>Attn: Managing Member<br>1400 Centrepark Blvd<br>West Palm Beach, FL 33401-7403 | Uniforms | | 209.30 |
| UPS<br>Attn: Managing Member<br>PO Box 650580<br>Dallas, TX 75265-0580 | UPS<br>Attn: Managing Member<br>PO Box 650580<br>Dallas, TX 75265-0580 | Shipping | | 205.30 |
| Valero Marketing<br>Attn: Managing Member<br>PO Box 300<br>Amarillo, TX 79105-0300 | Valero Marketing<br>Attn: Managing Member<br>PO Box 300<br>Amarillo, TX 79105-0300 | Services | | 165.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Riviera Black Hawk, Inc.                                                              Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mile High Cleaning Solutions<br>Attn: Managing Member<br>PO Box 3032<br>Littleton, CO 80161 | Mile High Cleaning Solutions<br>Attn: Managing Member<br>PO Box 3032<br>Littleton, CO 80161 | Chemicals and equipment | | 145.39 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   7-26-10                                          Signature _____
                                                       Tullio Marchionne
                                                        Secretary

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Riviera Black Hawk, Inc.** _____,

Case No. _____

          Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 17,730,157.31 | | |
| B - Personal Property | Yes | 4 | 11,463,604.68 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 275,770,824.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 69,602.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 29,193,761.99 | | |
| Total Liabilities | | | | 275,840,427.26 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Riviera Black Hawk, Inc.**  _____,     Case No. _____

                                            Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Riviera Black Hawk, Inc.**                                                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Riviera Black Hawk Casino**<br>**Location: 444 Main Street, Black Hawk CO 80422**<br>**APN: 010991 R** | **Fee simple** | - | **17,730,157.31** | **275,632,773.00** |

|  | Sub-Total > | **17,730,157.31** | (Total of this page) |
|---|---|---|---|
|  | Total > | **17,730,157.31** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Riviera Black Hawk, Inc.**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand.** | - | 3,824,913.47 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo; General Account; Acct No. xxxxxx2540** | - | 0.00 |
| | | **Bank of America Deposits; Acct. No. xxxxxx0401** | - | 1,254,124.61 |
| | | **Bank of America Operations; Acct No. xxxxxx0427** | - | 0.00 |
| | | **Bank of America Payroll; Acct. No. xxxxxx0414** | - | 245,616.28 |
| | | **Bank of America Merchant; Acct No. xxxxxx0430** | - | 73.81 |
| | | **Bank of America Cage; Acct. No. xxxxxx0443** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Vendor Deposits** | - | 4,877.25 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >        5,329,605.42
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.**                                                                  Case No. _____
                                                                          ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Casino and Other** | - | 182,185.91 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | 182,185.91 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.**                                          ,      Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Las Vegas in the Rockies; 20001083562 (ID Number); Service Mark** | - | **Unknown** |
| | | **Live At The RIV; 20011243477 (ID Number) Trade Mark** | - | **Unknown** |
| | | **Where Vegas Meets the Rockies; 2,422,235 (ID Number) Trademark** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **200 Dodge 2500 PU; 2000 Jeep Grand Cherokee; 2006 Ford F-350 Truck** | - | **14,731.35** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers and IT Equipment** | - | **168,766.46** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Capital Lease** | - | **130,365.15** |
| | | **Furniture and Fixtures** | - | **1,748,660.61** |
| | | **Slots** | - | **3,341,352.09** |
| 30. Inventory. | | **China/Glassware/Silverware** | - | **22,223.53** |
| | | **Food and Beverage** | - | **55,768.06** |
| | | **Slots** | - | **20,803.82** |

|  | Sub-Total > | **5,502,671.07** |
|---|---|---|
| | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.** _____,    Case No. _____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaids-Equipment Maintenance** | - | 96,187.24 |
| | | **Prepaids-Insurance** | - | 97,193.30 |
| | | **Prepaids-Marketing** | - | 223,247.89 |
| | | **Prepaid-Miscellaneous** | - | 32,513.85 |

Sub-Total >    449,142.28
(Total of this page)
Total >    11,463,604.68

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re    **Riviera Black Hawk, Inc.**                                                    Case No. _____
                                    ,
                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter
  with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Riviera Black Hawk, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Security Agreement and Deed of Trust | | | | | |
| Cantor Fitzgeralds Securities Scott Greeberg, Esq. c/o Cadwalder, Wickersham & Taft One World Financial Center New York, NY 10281 | X | - | | Riviera Black Hawk Casino, 444 Main Street, Black Hawk CO 80422; APN: 010991 R; and FF&E | | | | | |
| | | | | Value $              23,864,156.57 | | | | 247,771,522.54 | 226,293,782.00 |
| Account No. | | | | Security Agreement and Deed of Trust | | | | | |
| Cerberus Series Four Holdings, LLC National Corporate Research Ltd. 615 South Dupont Hwy Dover, DE 19901 | X | - | | Riviera Black hawk Casino; 444 Main Street, Black Hawk CO  80422; APN: 010991 R | | | | | |
| | | | | Value $              23,864,156.57 | | | | 27,861,251.57 | 25,474,836.00 |
| Account No. | | | | Copier leases | | | | | |
| GE Capital Corporation Attn: Managing Member 1961 Hirst Drive Moberly, MO 65270 | | - | | | | | | | |
| | | | | Value $              138,050.50 | | | | 138,050.50 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

|  |  |  |
|---|---|---|
| **0**    continuation sheets attached | Subtotal (Total of this page) | 275,770,824.61 | 251,768,618.00 |
| | Total (Report on Summary of Schedules) | 275,770,824.61 | 251,768,618.00 |

B6E (Official Form 6E) (4/10)

In re    **Riviera Black Hawk, Inc.**                                              ,                Case No. _____

                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Riviera Black Hawk, Inc.**                                                    Case No. _____
_____,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ad-Line Industries**<br>**Attn: Managing Member**<br>**3777 Depot Rd**<br>**Ste 419**<br>**Hayward, CA 94544** | - | | | 7/1/2010<br>**Supplies** | | | | 20.00 |
| Account No. **xZZ17**<br><br>**Airgas Intermountain**<br>**Attn: Managing Member**<br>**PO Box 7430**<br>**Pasadena, CA 91109-7430** | - | | | 7/1-7/12<br>**Gas tank rental** | | | | 37.20 |
| Account No.<br><br>**American Jetting Services**<br>**Attn: Managing Member**<br>**PO Box 1222**<br>**Arvada, CO 80001** | - | | | 7/4/2010<br>**Services** | | | | 590.00 |
| Account No. **xx8210**<br><br>**American Linen**<br>**Attn: Managing Member**<br>**5090 Cook St.**<br>**Denver, CO 80216** | - | | | 6/10-7/12/10<br>**Laundry services** | | | | 1,936.33 |

| | | |
|---|---|---|
| **_9_** continuation sheets attached | Subtotal<br>(Total of this page) | 2,583.53 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.**
_____,    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Barbara Christy<br>411 N 6th<br>#888<br>Emery, SD 57332 | - | | 7/9-7/10<br>Musician | | | | 800.00 |
| Account No.<br><br>Brenda Mixon<br>1801 E. 66th Ave.<br>Denver, CO 80299 | - | | Workers' Compensation Claim | X | X | X | Unknown |
| Account No. 6358<br><br>Ceavco<br>Attn: Managing Member<br>6240 W. 54th Ave<br>Arvada, CO 80002-4025 | - | | 6/1-6/30<br>Services | | | | 1,810.15 |
| Account No. xxV016<br><br>CLP<br>Attn: Managing Member<br>PO Box 31001-1277<br>Pasadena, CA 91110-1277 | - | | 7/7-7/9<br>Services | | | | 869.50 |
| Account No.<br><br>Continental Cleaners<br>Attn: Managing Member<br>885 Lupine St<br>Golden, CO 80401 | - | | 7/7/2010<br>Dry cleaning services | | | | 10.00 |

Sheet no. _1_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    3,489.65

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx2981<br><br>**Directv**<br>**Attn: Managing Member**<br>**PO Box 60036**<br>**Los Angeles, CA 90060-0036** | - | | 7/1-7/12<br>Services | | | | 57.67 |
| Account No.<br><br>**Dodd Hanneman**<br>**11850 Sylvia Dr.**<br>**North Glen, CO 80233** | - | | Workers' Compensation Claim | X | X | X | Unknown |
| Account No.<br><br>**Eco Technologies**<br>**Attn: Managing Member**<br>**8886 South Yarrow St.**<br>**Littleton, CO 80128** | - | | 6/10-7/11/10<br>Cooking oil filtering | | | | 360.00 |
| Account No. xxxxxxxx-0001<br><br>**Ecolab**<br>**Attn: Managing Member**<br>**PO Box 6007**<br>**Grand Forks, ND 58206-6007** | - | | 6/9/2010<br>Pest control | | | | 490.50 |
| Account No.<br><br>**Eric Brown**<br>**7855 Humoldt Circle**<br>**Thornton, CO 80229** | - | | Workers' Compensation Claim | X | X | X | Unknown |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    908.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.**                                      Case No. _____
                                          ,
                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-x863-7**<br><br>FedEx<br>Attn: Managing Member<br>PO Box 94515<br>Palatine, Il 60094-4515 | - | | 6/10-7/11/10<br>Services | | | | 78.44 |
| Account No. **xxV777**<br><br>Food Team<br>Attn: Managing Member<br>PO Box 677373<br>Dallas, TX 75267-7373 | - | | 7/4/2010<br>F&B Contract Labor | | | | 2,202.53 |
| Account No.<br><br>G.A.Wright<br>Attn: Managing Member<br>10325 E 47th<br>Denver, CO 80238 | - | | 6/10/-7/11/10<br>Services | | | | 31,683.79 |
| Account No.<br><br>Gary Potter<br>18737 E. Hawaii Drive<br>Aurora, CO 80017 | - | | Workers' Compensation Claim | X | X | X | Unknown |
| Account No. **xxxxx1-400**<br><br>Global Payments<br>Attn: Managing Member<br>PO Box 66700<br>Chicago, IL 60666-0700 | - | | 6/1-6/30<br>Services | | | | 18,723.95 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 52,688.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Workers' Compensation Claim | | | | |
| **Grant Wallace** **304 Timber Dr.** **Black Hawk, CO 80422** | - | | | X | X | X | Unknown |
| Account No. | | | Workers' Compensation Claim | | | | |
| **Guillermina Lopez** **7757 Ouivas St.** **Denver, CO 80221** | - | | | X | X | X | Unknown |
| Account No. | | | Discrimination law suit pending | | | | |
| **Helen Smith** **Colorado Civil Rights Division** **1560 Broadway, Ste. 1050** **Denver, CO 80202** | - | | | X | X | X | Unknown |
| Account No. | | | Pending discrimination lawsuit | | | | |
| **Helen Smith** **2653 S. Everett St** **Denver, CO 80227** | - | | | X | X | X | Unknown |
| Account No. xxxxxxxxxxxx9889 | | | 6/16/2010 Supplies | | | | |
| **Home Depot** **Attn: Managing Member** **PO Box 9121** **Des Moines, IA 50368-9121** | - | | | | | | 95.76 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)            95.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.**                                                    Case No. _____
                                                              ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Iron Mountain<br>Attn: Managing Member<br>PO Box 915026<br>dallas, TX 75391-5026 | - | | | 6/1-6/30<br>Services | | | | 800.66 |
| Account No.<br><br>Isle of Capri<br>Attn: Managing Member<br>PO Box 777<br>Black Hawk, CO 80422 | - | | | 6/20/2010<br>Hotel- La Cretia | | | | 360.70 |
| Account No. xx5042<br><br>Jani-King<br>Attn: Managing Member<br>9000 E Chenango Ave<br>#102<br>Green Wood Village, CO 80111 | - | | | 7/1-7/12<br>Janitorial services | | | | 5,225.80 |
| Account No.<br><br>Jose Rodriquez<br>7145 Raliegh St.<br>Westminster, CO 80030 | - | | | Workers' Compensation Claim | X | X | X | Unknown |
| Account No.<br><br>Justin Ulmer<br>1434 Idalia Ct. #12<br>Aurora, CO 80011 | - | | | Workers' Compensation Claim | X | X | X | Unknown |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,387.16**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Riviera Black Hawk, Inc.**                                              ,                Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 6/8-7/12 Armored car services | | | | |
| Loomis Attn: Managing Member Dept LA 217999 Pasadena, CA 91185-1799 | - | | | | | | 1,506.00 |
| Account No. | | | Workers' Compensation Claim | | | | |
| Maria Soto 8570 W. 64th Pl. Arvada, CO 80229 | - | | | X | X | X | Unknown |
| Account No. | | | Workers' Compensation Claim | | | | |
| McKar Cayman 968 S. Miller St. Lakewood, CO 80226 | - | | | X | X | X | Unknown |
| Account No. | | | Workers' Compensation Claim | | | | |
| Micheal Trachbrodt 3117 Hwy 46 Black Hawk, CO 80422 | - | | | X | X | X | Unknown |
| Account No. | | | Workers' Compensation Claim | | | | |
| Michelle Lee 8233 W. Floud Ave Apt. 7-204 Lakewood, CO 80227 | - | | | X | X | X | Unknown |

Sheet no. __6__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,506.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.**                                          , Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx0853 <br><br> **Micros Systems** <br> **Attn: Managing Member** <br> **PO Box 23747** <br> **Baltimore, MD 21203-5747** | - | | 6/28/2010 <br> **F&B POS** | | | | 225.00 |
| Account No. <br><br> **Mile High Cleaning Solutions** <br> **Attn: Managing Member** <br> **PO Box 3032** <br> **Littleton, CO 80161** | - | | 7/1-7/12 <br> **Chemicals and equipment** | | | | 145.39 |
| Account No. <br><br> **Neil Hull** <br> **6128 Routt Ct.** <br> **Arvada, CO 80004** | - | | **Workers' Compensation Claim** | X | X | X | Unknown |
| Account No. <br><br> **Ralph Strassel** <br> **P.O. Box 52, 751 Miller Creek Rd** <br> **Dumont, CO 80436** | - | | **Workers' Compensation Claim** | X | X | X | Unknown |
| Account No. <br><br> **Ron DeMARCO** <br> **c/o Rosemary Orsini, Esq.** <br> **Burg, Simpson Eldredge Hersh & Jardine** <br> **40 Inerness Dr. East** <br> **Englewood, CO 80112-2866** | - | | 6/6/2007 <br> **Pending US District Court, Case No.** <br> **07-01147-JKL-MJW** | X | X | X | Unknown |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                370.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.**                            ,      Case No. _____
<br>                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Workers' Compensation Claim | | | | |
| Sandy Yang<br>161 East 105 Ave.<br>North Glen, CO 80233 | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | 6/10/2010<br>Uniforms | | | | |
| Shoes For Crews<br>Attn: Managing Member<br>1400 Centrepark Blvd<br>Suite 310<br>West Palm Beach, FL 33401-7403 | | - | | | | | | |
| | | | | | | | | **209.30** |
| Account No. xxx xxxx0101 | | | | 6/10-7/11/10<br>Supplies | | | | |
| Staples<br>Attn: Managing Member<br>PO Box 95708<br>Chicago, IL 60694-5708 | | - | | | | | | |
| | | | | | | | | **725.37** |
| Account No. | | | | 7/1-7/12<br>Services | | | | |
| Tech Art<br>Attn: Managing Member<br>4185 West Teco Ave<br>Las Vegas, NV 89118 | | - | | | | | | |
| | | | | | | | | **48.59** |
| Account No. | | | | 6/10-7/11/10<br>Services | | | | |
| The Knife Guys<br>Attn: Managing Member<br>11 N Kalamath<br>Denver, CO 80223 | | - | | | | | | |
| | | | | | | | | **72.00** |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      **1,055.26**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Riviera Black Hawk, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**United Seating and Mobility**<br>**Attn: Managing Member**<br>**13312 Lakefront Dr**<br>**Earth City, MO 63045** | - | | 7/6/2010<br>Services | | | | 136.90 |
| Account No. **xx841X**<br><br>**UPS**<br>**Attn: Managing Member**<br>**PO Box 650580**<br>**Dallas, TX 75265-0580** | - | | 6/10-7/11/10<br>Shipping | | | | 205.30 |
| Account No. **xxxx2347**<br><br>**Valero Marketing**<br>**Attn: Managing Member**<br>**PO Box 300**<br>**Amarillo, TX 79105-0300** | - | | 6/2/2010<br>Services | | | | 165.00 |
| Account No. **xx0062**<br><br>**XM For Business**<br>**Attn: Managing Member**<br>**PO Box 809198**<br>**Chicago, IL 60680-9198** | - | | 7/1-7/12<br>XM Radio service | | | | 10.82 |
| Account No. | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **518.02**

Total
(Report on Summary of Schedules)      **69,602.65**

B6G (Official Form 6G) (12/07)

In re    **Riviera Black Hawk, Inc.**                                              Case No. _____
                                                                    ,
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AC Coin** **Attn: Managing Member** **201 W Decatur Ave** **Pleasantville, NJ 08232** | **Slot Machines - machine rental - various slot machines - can terminate agreement with 30 days written notice.** |
| **American Express** **Attn: Managing Member** **PO Box 53816** **Phoenix, AZ 85072-3816** | **Revolving credit agreement dated 9/28/08 (company credit cards) - no expiration date - can terminate agreement  at any time.** |
| **American Linen** **Attn: Managing Member** **5090 Cook Street** **Denver, CO 80216** | **Laundry service pricing agreement, dated 4/3/10.** |
| **Aqua Serve** **Attn: Managing Member** **6991 W. 117th Ave** **Broomfield, CO 80020** | **Water Softner Lease, dated 4/3/10.** |
| **Aristocrat** **Attn: Managing Member** **Dept 9540** **Los Angeles, CA 90084-9540** | **Slot Machines - machine rental - various slot machines -can terminate agreement with 30 days written notice - (no termination date - open ended agreement).** |
| **Aristocrat** **Attn: Managing Member** **Dept 9540** **Los Angeles, CA 90084-9540** | **Slot Machines - preferred pricing agreement** |
| **Aristocrat** **Attn: Managing Member** **Dept 9540** **Los Angeles, CA 90084-9540** | **Slot Machines - machine rental - various slot machines.** |
| **ASCAP** **Attn: Managing Member** **2675 Paces Ferry Rd, SE, #350** **Atlanta, GA 30339** | **Annual Fee for music rights** |
| **Atronic** **Attn: Managing Member** **16537 N 92nd St** **Scottsdale, AZ 85260** | **Slot Machines rental agreemet dated 4/16/09 - machine rental - various slot machines - can terminate agreement with 30 days written notice - (no termination date - open ended agreement).** |

**5** ____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Riviera Black Hawk, Inc.**                                                        Case No. _____

_____ ,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Avascend**<br>**Attn: Managing Member**<br>**One Park Place Suite 200**<br>**Annapolis, MD 21401** | Valet parking service agreement -Month to Month |
| **Bally**<br>**Attn: Managing Member**<br>**Lockbox 749335**<br>**Los Angeles, CA 90074** | Slot Machines rental agreement dated 3/9/09 - machine rental - various slot machines - can terminate agreement with 30 days written notice - (no termination date - open ended agreement). |
| **Casino Data Imaging**<br>**Attn: Managing Member**<br>**7201 Crooked Bow Circle Suite 600**<br>**Las Vegas, NV 89149** | Casino CAD Annual maitenance agreement, dated 5/1/10 |
| **Cendyn**<br>**Attn: Managing Member**<br>**1515 N Federal Hwy, Ste 419**<br>**Boca Raton, FL 33432** | Property web site development and maintenance agreement -Month to Month |
| **Colorado Gambler**<br>**Attn: Managing Member**<br>**8933 E Union Ave, Ste 230**<br>**Greenwood Village, CO 80111** | Advertising - 1/2 and full page weekly ad in local gaming newspaper - Month to Month. |
| **Colorado Interactive**<br>**Attn: Managing Member**<br>**PO Box 974581**<br>**Dallas, TX 75397-4581** | Related to Child Intercept Bill - HB1349 - verifies if jackpot winners owe child support - Month to Month. |
| **Cummins Allison**<br>**Attn: Managing Member**<br>**PO Box 339**<br>**Mt. Prospect, IL 60056** | Equipment maintenance agreement - dual pocket currency counters for cage and soft count room - Month to Month. |
| **Direct Connection**<br>**Attn: Managing Member**<br>**4880 Murrieta St**<br>**Chino, CA 91710** | Kitchen grease trap grease cleaning and recycling agreement -Month to Month |
| **Epicure Digital Systems**<br>**Attn: Managing Member**<br>**8665 Wilshire Blvd, Ste 309**<br>**Beverly Hills, CA 90211** | Equipment maintenance agreement - buffet restaurant electronic menu board - agreement in effect as long as sign and related software in use. |
| **Filta Fry/Eco Technologies**<br>**Attn: Managing Member**<br>**8886 S. Yarrow St**<br>**Littleton, CO 80128** | Maintenance Agreement dated 3/23/10.  Fryer Filter Service Performed by A Certified Tech |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Riviera Black Hawk, Inc.**                                               Case No. _____
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **G&D** Attn: Managing Member 45925 Horseshoe Dr Dulles, VA 20166 | Equipment maintenance agreement dated 11/4/08; currency counter for soft count room - agreement ending 11/03/2010 |
| **GAWright Marketing Services** Attn: Managing Member 10325 E 47th Ave Denver, CO 80238 | Direct mail creative and processing services - agreement dated 10/1/09; ending 9/30/10 |
| **GE Capital solutions** Attn: Managing Member PO Box 3083 Cedar Rapids, IA 52406-3083 | Equipment capital lease agreement dated 4/1/08 - copiers - agreement ending 7/1/2013. |
| **Gemaco** Attn: Managing Member 2925 N 7 Highway Blue springs, MO 64014 | Table games - bulk purchase/pricing agreement dated 1/12/10 (80 cents per deck for 11,520 decks). |
| **Global Payments** Attn: Managing Member PO Box 66700 Chicago, IL 60666-0700 | Check guarantee and cash advance processing agreement dated 3/30/06- agreement ending 3/29/11. |
| **Houldsworth Russo** Attn: Managing Member 170 N Stephanie St, Ste 110 Henderson, NV 89074 | Financial statement audit agreement dated 2/2/10- RBH 401K financial statements - period ending 12/31/10. |
| **HP Express Service** Attn: Managing Member PO Box 202475 Dallas, TX 75320 | Network server maintenance agreement dated 10/28/10- agreement ending 10/27/2010 |
| **Hughes-Calihan** Attn: Managing Member PO Box 10322 Phoenix, AZ 85064-0322 | Equipment maintenance agreement dated 4/1/08- copy machines - agreement ending 7/1/2013. |
| **IGT** Attn: Managing Member 9295 Prototype Dr Reno, NV 89521 | Slot Machine rental agreement dated 8/22/08 - machine rental - various slot machines - can terminate agreement with 30 days written notice - (no termination date - open ended agreement). |
| **Incredible Vending** Attn: Managing Member 2610 S Zuni St Englewood, CO 80110 | Revenue sharing agreement dated 1/1/08 for cigarette vending machine - agreement ending 12/31/2010 |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Riviera Black Hawk, Inc.**

_____ ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Internal Revenue Service**<br>**Attn: Managing Member**<br>**600 17th Street Mail stop 5005 DEN**<br>**Denver, CO 80202-2490** | **Gaming Industry Tip Compliance Agreement dated 1/31/09 for assessed tip rates - agreement ending 12/31/2011.** |
| **Iron Mountain**<br>**Attn: Managing Member**<br>**1000 Campus Dr.**<br>**Collegeville, PA 19426** | **Storage Agreement dated 1/12/10. Off-site storage of Data Tapes** |
| **Jani King**<br>**Attn: Managing Member**<br>**9000 E. Chanango Ave Ste 102**<br>**Greenwood, CO 80111** | **Common area and office cleaning service agreement dated 6/8/10 - agreement ending 6/9/2011.** |
| **Johnson Controls**<br>**Attn: Managing Member**<br>**10289 W Centennial Rd**<br>**Littleton, CO 80127** | **Equipment maintenance agreement dated 2/20/05- energy saving hardware/software - Month to Month.** |
| **Live Nation Marketing, Inc.**<br>**Attn: Managing Member**<br>**14473 S. Elk Creek Rd.**<br>**Pine, CO 80470** | **Concerts and Advertising agreement dated/ 1/16/10.** |
| **Mao Gaming**<br>**Attn: Managing Member**<br>**1636 Popps Ferry #224**<br>**Biloxi, MS 39532** | **Table Games - game theme and table game layout rentals  - can terminate agreement with 30 days written notice (no termination date - open ended agreement)** |
| **Micros**<br>**Attn: Managing Member**<br>**7031 Columbia Gateway Dr**<br>**Columbia, MD 21046-2289** | **Equipment maintenance agreement dated 11/9/09- F&B point of sale hardware and software - agreement ending 11/13/2010.** |
| **Mile High Casino Services**<br>**Attn: Managing Member**<br>**13322 W. Montana Ave.**<br>**Lakewood, CO 80228** | **Drop team services dated 5/15/10** |
| **Morse Watchemans Inc.**<br>**Attn: Managing Member**<br>**2 Morse Rd.**<br>**Oxford, CT 06478** | **Keywatcher-secure key management system agreement dated 3/16/10** |
| **Pepsi Bottling Group**<br>**Attn: Managing Member**<br>**PO Box 10**<br>**Winston Salem, NC 27102** | **Rebate agreement dated 4/1/09- Pepsi fountain and bottle products - Month to Month.** |

Sheet ___**3**___ of ___**5**___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Riviera Black Hawk, Inc.**                                                  Case No. _____
                                                            ,
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| PepsiCo Food Service<br>Attn: Managing Member<br>3801 Brighton Blvd<br>Denver, CO 80216 | Rebate agreement dated 1/1/10 - Frito Lay food products - agreement ending 12/31/10 |
| Premium blend<br>Attn: Managing Member<br>40 Twosome Drive Suite 5<br>Moorestown, NJ 08057 | Purchase and sale agreement dated 10/15/08 - agreement to supply and ship products that customers can purchase with slot points earned - can terminated with 30 days written notice (no termination date - open ended agreement). |
| Qwest<br>Attn: Managing Member<br>1801 California St<br>Denver, CO 80202 | Equipment lease agreement dated 6/13/08- leasing T1 circuit for trunking and direct inward dialing local exchange carrier - agreement ending 6/12/2011. |
| Rockwest Technology Group<br>Attn: Managing Member<br>3370 San Fernando Rd #202<br>Los Angeles, CA 90065 | Equipment maintenance agreement dated 9/18/09 - 5 player's club card embossers - agreement ending 9/07/2012 |
| Rollinsville West Center<br>Attn: Managing Member<br>PO Box 444<br>Rollinsville, CO 80474 | Storage facility rental agreement dated 9/1/09.  60 day written notice to cancel with no expiration (month to month). |
| Shuffle Master<br>Attn: Managing Member<br>1106 Palms Airport Dr<br>Las Vegas, NV 89119 | Table Games - various game theme,  table game layout and equipment rentals  - can terminate agreement with 30 day written notice |
| SOS Technologies<br>Attn: Managing Member<br>621 Southpark Dr # 700<br>Littleton, CO 80120 | Oxygen tank service and supplies |
| Stadium Management Company<br>Attn: Managing Member<br>1701 Bryant Street Suite 700<br>Denver, CO 80204 | Purchase agreeement dated 4/1/08- Bronco club seats - agreement ending 12/31/2011. |
| TFI<br>Attn: Managing Member<br>6062 Graham Hill Road Suite C<br>Felton, CA 95018 | Software maintenance agreement dated 11/9/09; ends 11/8/2010 |
| TFI<br>Attn: Managing Member<br>6062 Graham Hill Road Suite C<br>Felton, CA 95018 | Automated entry ticket program |

Sheet ___4___ of ___5___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Riviera Black Hawk, Inc.**                                              ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **United Power & Batter**<br>**Attn: Managing Member**<br>**260 Raritan St**<br>**Denver, CO 80223** | **Equipment maintenance agreement dated 4/11/10-**<br>**backup power system - agreement ending**<br>**4/11/2011.** |
| **US Bank**<br>**Attn: Managing Member**<br>**2751 Shepard Rd, EP-MN-BBI**<br>**St Paul, MN 55116** | **Equipment rental and maintenance agreement**<br>**and tranaction processing fee revenue sharing**<br>**agreement (ATMs) - Month to Month.** |
| **Valero**<br>**Attn: Managing Member**<br>**PO Box 300**<br>**Amarillo, TX 79105-0300** | **Revolving gas card credit agreement dated**<br>**9/29/08, no expiration date, can cancel at any**<br>**time.** |
| **VMC Behavioral Health**<br>**Attn: Managing Member**<br>**100 South Greenleaf**<br>**Gurnee, IL 60031** | **Employee Assistance Program dated 3/1/07 -**<br>**offers assistants with legal, financial and**<br>**psychological related costs - Month to Month.** |
| **Williams Gaming**<br>**Attn: Managing Member**<br>**800 S Northpoint Blvd**<br>**Waukegan, IL 60085** | **Slot Machines - machine rental agreement dated**<br>**5/18/09 - various slot machines - can terminate**<br>**agreement with 30 days written notice - (no**<br>**termination date - open ended agreement).** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Riviera Black Hawk, Inc.**                                                    Case No. _____

                                          _____,
                                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riviera Gaming Management of Colorado** | **Cantor Fitzgeralds Securities**<br>**Scott Greeberg, Esq.**<br>**c/o Cadwalder, Wickersham & Taft**<br>**One World Financial Center**<br>**New York, NY 10281** |
| **Riviera Gaming Management of Colorado** | **Cerberus Series Four Holdings, LLC**<br>**National Corporate Research Ltd.**<br>**615 South Dupont Hwy**<br>**Dover, DE 19901** |
| **Riviera Holdings Corporation**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Cantor Fitzgeralds Securities**<br>**Scott Greeberg, Esq.**<br>**c/o Cadwalder, Wickersham & Taft**<br>**One World Financial Center**<br>**New York, NY 10281** |
| **Riviera Holdings Corporation**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Cerberus Series Four Holdings, LLC**<br>**National Corporate Research Ltd.**<br>**615 South Dupont Hwy**<br>**Dover, DE 19901** |
| **Riviera Operating Corporation**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Cantor Fitzgeralds Securities**<br>**Scott Greeberg, Esq.**<br>**c/o Cadwalder, Wickersham & Taft**<br>**One World Financial Center**<br>**New York, NY 10281** |
| **Riviera Operating Corporation**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Cerberus Series Four Holdings, LLC**<br>**National Corporate Research Ltd.**<br>**615 South Dupont Hwy**<br>**Dover, DE 19901** |

**0**
_____  continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Riviera Black Hawk, Inc.** _____  Case No. _____
                                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Riviera Black Hawk, Inc.**                                                    Case No. _____
                                  Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? | Yes ___ No **X** | |
| b. Is property insurance included? | Yes ___ No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ 0.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 0.00 |
| d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 0.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 0.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. | Average monthly income from Line 15 of Schedule I | $ 0.00 |
| b. | Average monthly expenses from Line 18 above | $ 0.00 |
| c. | Monthly net income (a. minus b.) | $ 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    Riviera Black Hawk, Inc.                                    Case No. _____
                            _____        Chapter    11    _____
                                        Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  30   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    7-26-10                              Signature _____
                                                        Tullio Marchionne
                                                        Secretary

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                              Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re    **Riviera Black Hawk, Inc.**                           Case No. _____

                                     Debtor(s)           Chapter    **11**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$27,488,042.00** | **2010 YTD: Operation of Business (Thru 6/30/10)** |
| **$42,169,000.00** | **2009: Operation of Business** |
| **$41,729,000.00** | **2008: Operation of Business** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

2

---

### 3. Payments to creditors

None ■    *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Exhibit 1** | | **$0.00** | **$0.00** |

None ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ron DeMarco v. Riviera Balck Hawk Casino, Riviera Holdings, Corp.; Case No.** | | | **Pending** |
| **Helen Smith v. Riviera Black Hawk, Inc.; Case No. #20100439** | **Discrimination based on sex and age** | **Colorado Civil Rights Division; Denver, Colorado** | **Open** |
| **Sandy Yang Vs. Riviera Black Hawk; Claim No. 3243852** | **Workers Compensation** | **Division of Workers' Compensation - Colorado** | **Open** |
| **McKar Cayman Vs. Riviera Black Hawk; Claim No. 3384448** | **Workers Compensation** | **Division of Workers' Compensation - Colorado** | **Open** |
| **Justin Ulmer Vs. Riviera Black Hawk; Claim No. 3431008** | **Workers Compensation** | **Pinnacol Assurance** | **Open** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Michelle Lee Vs. Riviera Black Hawk; Claim No. 3431659 | Workers Compensation | Pinnacol Assurance | Open |
| Ralph Strassel Vs. Riviera Black Hawk; Claim No. 3432805 | Workers Compensation | Pinnacol Assurance | Open |
| Maria Soto Vs. Riviera Black Hawk; Claim No. 3432937 | Workers Compensation | Pinnacol Assurance | Open |
| Brenda Mixon Vs. Riviera Black Hawk; Claim No. 3434462 | Workers Compensation | Pinnacol Assurance | Open |
| Neil Hull Vs. Riviera Black Hawk; Claim No. 3435081 | Workers Compensation | Pinnacol Assurance | Open |
| Eric Brown Vs. Riviera Black Hawk; Claim No. 3435120 | Workers Compensation | Pinnacol Assurance | Open |
| Dodd Hanneman Vs. Riviera Black Hawk; Claim No. 3435073 | Workers Compensation | Pinnacol Assurance | Open |
| Guillermina Lopez Vs. Riviera Black Hawk;  Claim No. 3435401 | Workers Compensation | Pinnacol Assurance | Open |
| Francis Mayta Vs. Riviera Black Hawk; Claim No. 3276675 | Workers Compensation | Division of Workers' Compensation- Colorad | Closed |
| Ramona Trujillo Vs. Riviera Black Hawk; Claim No. 3340681 | Workers Compensation | Divsion of Workers' Compensation - Colorado | Closed |
| Nancy Howard Vs. Riviera Black Hawk; Claim No. 3370043 | Workers Compensation | Division of Workers' Compensation - Colorado | Closed |
| Romero Guillermina Vs. Riviera Black Hawk; Claim No. 3383321 | Workers Compensation | Pinnacol Assurance | Closed |
| Nancy Howard Vs. Riviera Black Hawk; Claim No. 3383418 | Workers Compensation | Pinnacol Assurance | Closed |
| Margaret Younger Vs. Riviera Black Hawk; Claim No. 3384137 | Workers Compensation | Pinnacol Assurance | Closed |
| Randall Lee Vs. Riviera Black Hawk; Claim No. 3386436 | Workers Compensation | Pinnacol Assurance | Closed |
| Maria Nuno Vs. Riviera Black Hawk; Claim No. 3387074 | Workers Compensation | Pinnacol Assurance | Closed |
| Tsvetanka Strashnikova Vs. Riviera Black Hawk; Claim No. 3388085 | Workers Compensation | Pinnacol Assurance | Closed |
| Randall Lee Vs. Riviera Black Hawk; Claim No. 3388749 | Workers Compensation | Pinnacol Assurance | Closed |
| Duane Morgan Vs. Riviera Black Hawk; Claim No. 3389400 | Workers Compensation | Pinnacol Assurance | Closed |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Jamin Gonzalez Vs. Riviera Black Hawk; Claim No. 3389450 | Workers Compensation | Pinnacol Assurance | Closed |
| Darcey Savage Vs. Riviera Black Hawk; Claim No. 3390181 | Workers Compensation | Pinnacol Assurance | Closed |
| Jerri Sonnier Vs. Riviera Black Hawk; Claim No. 3390237 | Workers Compensation | Pinnacol Assurance | Closed |
| William Hall Vs. Riviera Black Hawk; Claim No. 3390796 | Workers Compensation | Pinnacol Assurance | Closed |
| Levi Adams Vs. Riviera Black Hawk: Claim No. 3391858 | Workers Compensation | Pinnacol Assurance | Closed |
| Robert Bell Vs. Riviera Black Hawk; Claim No. 3392227 | Workers Compensation | Pinnacol Assurance | Closed |
| Carolyn Burlingame Vs. Riviera Black Hawk; Claim No. 3392234 | Workers Compensation | Pinnacol Assurance | Closed |
| Guillermina Lopez Vs. Riviera Black Hawk; Claim No. 3393255 | Workers Compensation | Pinnacol Assurance | Closed |
| Glenda Cornell Vs. Riviera Black Hawk; Claim No. 3393617 | Workers Compensation | Pinnacol Assurance | Closed |
| Margaret Younger Vs. Riviera Black Hawk; Claim No. 3394044 | Workers Compensation | Pinnacol Assurance | Closed |
| Terry Beckman Vs. Riviera Black Hawk; Claim No. 3394452 | Workers Compensation | Pinnacol Assurance | Closed |
| Terry Bell Vs. Riviera Black Hawk; Claim No. 3394497 | Workers Compensation | Pinnacol Assurance | Closed |
| Judy Paul Vs. Riviera Black Hawk; Claim No. 3395413 | Workers Compensation | Pinnacol Assurance | Closed |
| Guadalupe Alvarez Vs. Riviera Black Hawk; Claim No. 3395498 | Workers Compensation | Pinnacol Assurance | Closed |
| Marvin Cox Vs. Riviera Black Hawk; Claim No. 3396249 | Workers Compensation | Pinnacol Assurance | Closed |
| Tsvetanka Strashnikova Vs. Riviera Black Hawk; Claim No. 3396263 | Workers Compensation | Pinnacol Assurance | Closed |
| Jenielle Robinson Vs. Riviera Black Hawk; Claim No. 3397032 | Workers Compensation | Pinnacol Assurance | Closed |
| Rudy Portillo Vs. Riviera Black Hawk; Claim No. 3397043 | Workers Compensation | Pinnacol Assurance | Closed |
| Victoria Terpening Vs. Riviera Black Hawk; Claim No. 3397055 | Workers Compensation | Pinnacol Assurance | Closed |

5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Jeffrey Byrne Vs. Riviera Black Hawk; Claim No. 3397705 | Workers Compensation | Pinnacol Assurance | Closed |
| Jerri Sonnier Vs. Riviera Black Hawk; Claim No. 3397726 | Workers Compensation | Pinnacol Assurance | Closed |
| Larry Ragsdale Vs. Riviera Black Hawk; Claim No. 3397740 | Workers Compensation | Pinnacol Assurance | Closed |
| Joe Carrillo Vs. Riviera Black Hawk; Claim No. 3399452 | Workers Compensation | Pinnacol Assurance | Closed |
| Nacole Soliday Vs. Riviera Black Hawk; Claim No. 3400268 | Workers Compensation | Pinnacol Assurance | Closed |
| Judy Lacino Vs. Riviera Black Hawk: Claim No. 3401897 | Workers Compensation | Pinnacol Assurance | Closed |
| Jim Pfeifer Vs. Riviera Black Hawk; Claim No. 3402484 | Workers Compensation | Pinnacol Assurance | Closed |
| Timothy Wimberly Vs. Riviera Black Hawk; Claim No. 3403719 | Workers Compensation | Pinnacol Assurance | Closed |
| Glenda Cornell Vs. Riviera Black Hawk; Claim No. 3404751 | Workers Compensation | Pinnacol Assurance | Closed |
| Ryan Philipsborn Vs. Riviera Black Hawk; Claim No. 3404762 | Workers Compensation | Pinnacol Assurance | Closed |
| Samual Urban Vs. Riviera Black Hawk; Claim No. 3404794 | Workers Compensation | Pinnacol Assurance | Closed |
| Victor Ramirez Vs. Riviera Black Hawk; Claim No. 3406817 | Workers Compensation | Pinnacol Assurance | Closed |
| Edward Perez Vs. Riviera Black Hawk; Claim No. 3406940 | Workers Compensation | Pinnacol Assurance | Closed |
| Phillip Nguyen Vs. Riviera Black Hawk: Claim No. 3406955 | Workers Compensation | Pinnacol Assurance | Closed |
| Kelly Kellylotspeich Vs. Riviera Black Hawk; Claim No. 3407336 | Workers Compensation | Pinnacol Assurance | Closed |
| Mercedes Ramirez Vs. Riviera Black Hawk; Claim No. 3407743 | Workers Compensation | Pinnacol Assurance | Closed |
| Todd Kenyon Vs. Riviera Black Hawk; Claim No. 3408315 | Workers Compensation | Pinnacol Assurance | Closed |
| Marthalice Dyer Vs. Riviera Black Hawk; Claim No. 3408322 | Workers Compensation | Pinnacol Assurance | Closed |

6

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Nicole Duran Vs. Riviera Black Hawk; Claim No. 3411630 | Workers Compensation | Pinnacol Assurance | Closed |
| Jim Pfeifer Vs. Riviera Black Hawk; Claim No. 3412538 | Workers Compensation | Pinnacol Assurance | Closed |
| Elva Ruiz Vs. Riviera Black Hawk; Claim No. 3413943 | Workers Compensation | Pinnacol Assurance | Closed |
| Phillip Nguyen Vs. Riviera Black Hawk; Claim No. 3414246 | Workers Compensation | Pinnacol Assurance | Closed |
| Kirk Meister-Colangelo Vs. Riviera Black Hawk; Claim No. 3414990 | Workers Compensation | Pinnacol Assurance | Closed |
| Ramona Trujillo Vs. Riviera Black Hawk; Claim No. 3415192 | Workers Compensation | Pinnacol Assurance | Closed |
| Renay Brown Vs. Riviera Black Hawk; Claim No. 3415327 | Workers Compensation | Pinnacol Assurance | Closed |
| Zenaida Maldonado Vs. Riviera Black Hawk; Claim No. 3418932 | Workers Compensation | Pinnacol Assurance | Closed |
| Shawn Page Vs. Riviera Black Hawk; Claim No. 3419424 | Workers Compensation | Pinnacol Assurance | Closed |
| Oscar Flores Vs. Riviera Black Hawk; Claim No. 3421905 | Workers Compensation | Pinnacol Assurance | Closed |
| Jim Stallings Vs. Riviera Black Hawk; Claim No. 3422511 | Workers Compensation | Pinnacol Assurance | Closed |
| Phillip Nguyen Vs. Riviera Black Hawk; Claim No. 3423048 | Workers Compensation | Pinnacol Assurance | Closed |
| Jeffrey Snyder Vs. Riviera Black Hawk; Claim No. 3424106 | Workers Compensation | Pinnacol Assurance | Closed |
| Karen Madsen Vs. Riviera Black Hawk; Claim No. 3424365 | Workers Compensation | Pinnacol Assurance | Closed |
| Cheryl Bowman Vs. Riviera Black Hawk; Claim No. 3424441 | Workers Compensation | Pinnacol Assurance | Closed |
| Jenielle Robison Vs. Riviera Black Hawk; Claim No. 3424449 | Workers Compensation | Pinnacol Assurance | Closed |
| Loren Woods Vs. Riviera Black Hawk; Claim No. 3425556 | Workers Compensation | Pinnacol Assurance | Closed |
| Terry Baca Vs. Riviera Black Hawk; Claim No. 3428667 | Workers Compensation | Pinnacol Assurance | Closed |

7

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Marcia Cowell Vs. Riviera Black Hawk; Claim No. 3428678** | **Workers Compensation** | **Pinnacol Assurance** | **Closed** |
| **Elva Ruiz Vs. Riviera Black Hawk; Claim No. 3429171** | **Workers Compensation** | **Pinnacol Assurance** | **Closed** |
| **John Makela Vs. Riviera Black Hawk; Claim No. 3430984** | **Workers Compensation** | **Pinnacol Assurance** | **Closed** |
| **Joshua Alvarez Vs. Riviera Black Hawk; Claim No. 3431858** | **Workers Compensation** | **Pinnacol Assurance** | **Closed** |
| **Paty Lariz Vs. Riviera Black Hawk; Claim No. 3432058** | **Workers Compensation** | **Pinnacol Assurance** | **Closed** |
| **Russell Rangel Vs. Riviera Black Hawk; Claim No. 3432065** | **Workers Compensation** | **Pinnacol Assurance** | **Closed** |
| **Ximena Carmarena Vs. Riviera Black Hawk; Claim No. 3432073** | **Workers Compensation** | **Pinnacol Assurance** | **Closed** |
| **Frank Quirk Vs. Riviera Black Hawk; Claim No. 3432347** | **Workers Compensation** | **Pinnacol Assurance** | **Closed** |
| **Elva Ruiz Vs. Riviera Black Hawk; Claim No. 3433138** | **Workers Compensation** | **Pinnacol Assurance** | **Closed** |
| **Ralph Herms Vs. Riviera Black Hawk; Claim No. 3434580** | **Workers Compensation** | **Pinnacol Assurance** | **Closed** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

8

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 10. Other transfers

None
■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

9

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Wells Fargo** | **Concentration; account ending in 2540** | **0.00; 3/20/2010** |
| **Wells Fargo** | **Cage; account ending in 2623** | **0.00; 3/31/2010** |
| **Wells Fargo** | **Petty Cash; account ending in 2557** | **0.00; 3/31/10** |
| **Wells Fargo** | **Disbursement; account ending in 6891** | **0.00; 3/31/10** |
| **Wells Fargo** | **Payroll; account ending in 6883** | **0.00; 3/31/10** |
| **Wells Fargo** | **Lottery; account ending in 9601** | **0.00; 3/31/10** |
| **Wells Fargo** | **Gilsber Group Health Benefits; account ending in 4830** | **0.00; 7/1/2009** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---------------------------------------|---------------|------------------------|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Phil Simons** | **Treasurer; May 2008- Present** |
| **Cheryl Wohlers** | **Director of Finance; October 2007-April 2010** |
| **Brice Kahler** | **Director of Finance; April 2010- Present** |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Ernst & Young, LLP** | **3800 Howard Hughes Parkway, Ste. 1450 Las Vegas, NV 89169** | **External Auditors; March  2008- Present** |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

12

| NAME | ADDRESS |
|---|---|
| **Securities Exchange Commission**<br>**SEC Filings; Financial Satemetns accessible to all financial**<br>**institutions** | |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐      and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **6/30/10** | **Carol Elder** | **$43,475.05; Food inventory** |
| **6/30/10** | **Carol Elder** | **$12,293.01; Beverage inventory** |
| **6/30/10** | **Sandra Mendez** | **$20,803.82; Slot part inventory** |

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **6/30/10** | **Riviera Black Hawk, Inc.**<br>**444 Main Street**<br>**Black Hawk, CO 80422** |
| **6/30/10** | **Riviera Black Hawk, Inc.**<br>**444 Main Street**<br>**Black Hawk, CO 80422** |
| **6/30/10** | **Riviera Black Hawk, Inc.**<br>**444 Main Street**<br>**Black Hawk, CO 80422** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Riviera Operating Corporation**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Sole Shareholder** | **100.00%** |
| **Phil Simons**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Treasurer** | **0.00** |
| **Phil Simons**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Director** | **0.00** |

13

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Tullio Marchionne**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Secretary** | **0.00** |
| **Tullio Marchionne**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Director** | **0.00** |
| **Robert Vannucci** | **Director** | **0.00** |

---

**22 . Former partners, officers, directors and shareholders**

None
■　　a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None
☐　　b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **William Westerman** | **Chariman of the Board** | **Upon death on April 18, 2010** |
| **William Westerman** | **Chief Executive Officer** | **Upon death on April 18, 2010** |
| **William Westerman** | **President** | **Upon death on April 18, 2010** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■　　If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
☐　　If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Riviera Operating Company** | **88-0296874** |

---

**25. Pension Funds.**

None
■　　If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

14

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___7 - 26 - 10___                Signature _____

Tullio Marchionne
Secretary

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re  **Riviera Black Hawk, Inc.**

_____
Debtor(s)

Case No.  _____
Chapter  **11**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept....................................................... $ _____ **0.00**

    Prior to the filing of this statement I have received ...................................... $ _____ **0.00**

    Balance Due......................................................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was:          **Paid by parent, Riviera Holdings Corporation**

    ☒ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor          ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  _2 2 6-10_____

Thomas H. Fell, Esq.
**Gordon Silver**
**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
**(702) 796-5555**

---

## United States Bankruptcy Court
### District of Nevada

In re   Riviera Black Hawk, Inc.

                                Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Riviera Operating Corporation<br>2901 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ____7-26-10____

Signature _____
                Tullio Marchionne
                Secretary

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____0____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re    <u>Riviera Black Hawk, Inc.</u>

                                      Debtor(s)

Case No. _____

Chapter    <u>11</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Riviera Black Hawk, Inc.</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Riviera Operating Corporation**
**2901 Las Vegas Blvd. So.**
**Las Vegas, NV 89109**

☐ None [*Check if applicable*]

<u>2-26-10</u>
Date

<u>Thomas H. Fell, Esq.</u>
Signature of Attorney or Litigant
Counsel for   <u>Riviera Black Hawk, Inc.</u>
**Gordon Silver**
**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
**(702) 796-5555**

# United States Bankruptcy Court
## District of Nevada

In re   Riviera Black Hawk, Inc.
_____
                                    Debtor(s)

Case No. _____
Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   7-26-10

Tullio Marchionne/Secretary
Signer/Title

Airgas Intermountain
Attn: Managing Member
PO Box 7430
Pasadena, CA 91109-7430

American Express
Attn: Managing Member
PO Box 53816
Phoenix, AZ 85072-3816

American Jetting Services
Attn: Managing Member
PO Box 1222
Arvada, CO 80001

Aqua Serve
Attn: Managing Member
6991 W. 117th Ave
Broomfield, CO 80020

Aristocrat
Attn: Managing Member
Dept 9540
Los Angeles, CA 90084-9540

Atronic
Attn: Managing Member
16537 N 92nd St
Scottsdale, AZ 85260

Avascend
Attn: Managing Member
One Park Place Suite 200
Annapolis, MD 21401

ASCAP
Attn: Managing Member
2675 Paces Ferry Rd, SE, #350
Atlanta, GA 30339

Casino Data Imaging
Attn: Managing Member
7201 Crooked Bow Circle Suite 600
Las Vegas, NV 89149

Brenda Mixon
1801 E. 66th Ave.
Denver, CO 80299

Eric Brown
7855 Humoldt Circle
Thornton, CO 80229

Ceavco
Attn: Managing Member
6240 W. 54th Ave
Arvada, CO 80002-4025

Cendyn
Attn: Managing Member
1515 N Federal Hwy, Ste 419
Boca Raton, FL 33432

Cerberus Series Four Holdings, LLC
National Corporate Research Ltd.
615 South Dupont Hwy
Dover, DE 19901

CLP
Attn: Managing Member
PO Box 31001-1277
Pasadena, CA 91110-1277

Colorado Gambler
Attn: Managing Member
8933 E Union Ave, Ste 230
Greenwood Village, CO 80111

Colorado Interactive
Attn: Managing Member
PO Box 974581
Dallas, TX 75397-4581

Continental Cleaners
Attn: Managing Member
885 Lupine St
Golden, CO 80401

Cummins Allison
Attn: Managing Member
PO Box 339
Mt. Prospect, IL 60056

Direct Connection
Attn: Managing Member
4880 Murrieta St
Chino, CA 91710

Directv
Attn: Managing Member
PO Box 60036
Los Angeles, CA 90060-0036

Dodd Hanneman
11850 Sylvia Dr.
North Glen, CO 80233

Filta Fry/Eco Technologies
Attn: Managing Member
8886 S. Yarrow St
Littleton, CO 80128

Epicure Digital Systems
Attn: Managing Member
8665 Wilshire Blvd, Ste 309
Beverly Hills, CA 90211

G&D
Attn: Managing Member
45925 Horseshoe Dr
Dulles, VA 20166

G.A.Wright
Attn: Managing Member
10325 E 47th
Denver, CO 80238

Gary Potter
18737 E. Hawaii Drive
Aurora, CO 80017

GAWright Marketing Services
Attn: Managing Member
10325 E 47th Ave
Denver, CO 80238

GE Capital Corporation
Attn: Managing Member
1961 Hirst Drive
Moberly, MO 65270

GE Capital solutions
Attn: Managing Member
PO Box 3083
Cedar Rapids, IA 52406-3083

Gemaco
Attn: Managing Member
2925 N 7 Highway
Blue springs, MO 64014

Global Payments
Attn: Managing Member
PO Box 66700
Chicago, IL 60666-0700

Grant Wallace
304 Timber Dr.
Black Hawk, CO 80422

Guillermina Lopez
7757 Ouivas St.
Denver, CO 80221

Helen Smith
Colorado Civil Rights Division
1560 Broadway, Ste. 1050
Denver, CO 80202

Helen Smith
2653 S. Everett St
Denver, CO 80227

Home Depot
Attn: Managing Member
PO Box 9121
Des Moines, IA 50368-9121

Houldsworth Russo
Attn: Managing Member
170 N Stephanie St, Ste 110
Henderson, NV 89074

HP Express Service
Attn: Managing Member
PO Box 202475
Dallas, TX 75320

Hughes-Calihan
Attn: Managing Member
PO Box 10322
Phoenix, AZ 85064-0322

IGT
Attn: Managing Member
9295 Prototype Dr
Reno, NV 89521

Incredible Vending
Attn: Managing Member
2610 S Zuni St
Englewood, CO 80110

Internal Revenue Service
Attn: Managing Member
600 17th Street Mail stop 5005 DEN
Denver, CO 80202-2490

Iron Mountain
Attn: Managing Member
PO Box 915026
dallas, TX 75391-5026

Iron Mountain
Attn: Managing Member
1000 Campus Dr.
Collegeville, PA 19426

Johnson Controls
Attn: Managing Member
10289 W Centennial Rd
Littleton, CO 80127

Jose Rodriquez
7145 Raliegh St.
Westminster, CO 80030

Justin Ulmer
1434 Idalia Ct. #12
Aurora, CO 80011

Live Nation Marketing, Inc.
Attn: Managing Member
14473 S. Elk Creek Rd.
Pine, CO 80470

Loomis
Attn: Managing Member
Dept LA 217999
Pasadena, CA 91185-1799

Mao Gaming
Attn: Managing Member
1636 Popps Ferry #224
Biloxi, MS 39532

Maria Soto
8570 W. 64th Pl.
Arvada, CO 80229

McKar Cayman
968 S. Miller St.
Lakewood, CO 80226

Micheal Trachbrodt
3117 Hwy 46
Black Hawk, CO 80422

Michelle Lee
8233 W. Floud Ave Apt. 7-204
Lakewood, CO 80227

Micros Systems
Attn: Managing Member
PO Box 23747
Baltimore, MD 21203-5747

Mile High Casino Services
Attn: Managing Member
13322 W. Montana Ave.
Lakewood, CO 80228

Morse Watchemans Inc.
Attn: Managing Member
2 Morse Rd.
Oxford, CT 06478

Neil Hull
6128 Routt Ct.
Arvada, CO 80004

Pepsi Bottling Group
Attn: Managing Member
PO Box 10
Winston Salem, NC 27102

PepsiCo Food Service
Attn: Managing Member
3801 Brighton Blvd
Denver, CO 80216

Premium blend
Attn: Managing Member
40 Twosome Drive Suite 5
Moorestown, NJ 08057

Qwest
Attn: Managing Member
1801 California St
Denver, CO 80202

Ralph Strassel
P.O. Box 52, 751 Miller Creek Rd
Dumont, CO 80436

Rockwest Technology Group
Attn: Managing Member
3370 San Fernando Rd #202
Los Angeles, CA 90065

Rollinsville West Center
Attn: Managing Member
PO Box 444
Rollinsville, CO 80474

Ron DeMARCO
c/o Rosemary Orsini, Esq.
Burg, Simpson Eldredge Hersh & Jardine
40 Inerness Dr. East
Englewood, CO 80112-2866

Sandy Yang
161 East 105 Ave.
North Glen, CO 80233

Shoes For Crews
Attn: Managing Member
1400 Centrepark Blvd
Suite 310
West Palm Beach, FL 33401-7403

Shuffle Master
Attn: Managing Member
1106 Palms Airport Dr
Las Vegas, NV 89119

SOS Technologies
Attn: Managing Member
621 Southpark Dr # 700
Littleton, CO 80120

Stadium Management Company
Attn: Managing Member
1701 Bryant Street Suite 700
Denver, CO 80204

Staples
Attn: Managing Member
PO Box 95708
Chicago, IL 60694-5708

Tech Art
Attn: Managing Member
4185 West Teco Ave
Las Vegas, NV 89118

TFI
Attn: Managing Member
6062 Graham Hill Road Suite C
Felton, CA 95018

XM For Business
Attn: Managing Member
PO Box 809198
Chicago, IL 60680-9198

United Power & Batter
Attn: Managing Member
260 Raritan St
Denver, CO 80223

United Seating and Mobility
Attn: Managing Member
13312 Lakefront Dr
Earth City, MO 63045

UPS
Attn: Managing Member
PO Box 650580
Dallas, TX 75265-0580

US Bank
Attn: Managing Member
2751 Shepard Rd, EP-MN-BB!
St Paul, MN 55116

Valero
Attn: Managing Member
PO Box 300
Amarillo, TX 79105-0300

Valero Marketing
Attn: Managing Member
PO Box 300
Amarillo, TX 79105-0300

VMC Behavioral Health
Attn: Managing Member
100 South Greenleaf
Gurnee, IL 60031

Williams Gaming
Attn: Managing Member
800 S Northpoint Blvd
Waukegan, IL 60085